UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| L.R.,[1]<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT MUELLER, et al.,<br><br>    Defendants. | Case No. 23-cv-03421-PHK<br><br>**ORDER TO SHOW CAUSE RE: FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH COURT ORDER**<br><br>Re: Dkt. 8 |

On July 7, 2023, Plaintiff, who is representing himself in this action, filed an initial Complaint and application to proceed *in forma pauperis* ("IFP"). *See* Dkts. 1, 3. The Court granted Plaintiff's IFP application on May 13, 2024. [Dkt. 7]. The Court then proceeded to undertake the mandatory screening of the Complaint required by 28 U.S.C. § 1915(e)(2)(B). On June 9, 2025, the Court dismissed Plaintiff's Complaint without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B), as frivolous and for failure to state a claim for relief. [Dkt. 8]. The Court granted Plaintiff leave to file an amended complaint curing the pleading deficiencies by no later than August 1, 2025. *Id.*

The August 1, 2025 deadline for filing an amended complaint has passed by more than two weeks. To date, Plaintiff has neither filed an amended complaint nor requested an extension of time from the Court to do so.

---

[1] As noted by this Court in previous Orders, it appears that Plaintiff through this lawsuit may be seeking review of an adverse decision regarding social security benefits. Accordingly, as is the Court's practice in social security cases and out of an abundance of caution, the Court will refer to Plaintiff in this public Order only by their first and last initials out of regard for any potential privacy concerns.

The Court's June 9, 2025 Order stated that "[f]ailure to file an amended complaint by the deadline herein and failure to prosecute this action timely may result in negative consequences for Plaintiff's case, including recommendation for dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute." *Id.* at 10.

The Court possesses the inherent power to dismiss an action *sua sponte* if a plaintiff fails to prosecute their action or fails to comply with court orders. Fed. R. Civ. P. 41(b); *see Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-30 (1962) (dismissal for failure to prosecute); *Yourish v. Cal. Amplifier*, 191 F.3d 983, 987 (9th Cir. 1999) (dismissal for failure to comply with court orders). Plaintiff was previously informed, and is warned again by this Order to Show Cause, that failure to comply with this Court's orders and failure to prosecute this case will result in negative consequences for Plaintiff's case, including the dismissal of this action. Specifically, failure to respond to this Order to Show Cause and failure to file an amended complaint by the deadline will be found to be a failure to comply with this Court's orders and a failure to prosecute this lawsuit, which will lead to consequences adverse to Plaintiff's lawsuit.

Accordingly, the Court herein **ORDERS** that, by no later than **September 18, 2025**, Plaintiff **SHALL EITHER** (1) file an amended complaint which addresses and cures the deficiencies noted by the Court's June 9, 2025 Order, **OR** (2) file a written response to this Order to Show Cause explaining why this action should not be dismissed for failure to prosecute this case or for failure to comply with this Court's directives and orders. To be clear, if Plaintiff files (by September 18, 2025) an amended complaint curing the deficiencies noted in the June 9, 2025 Order, such a filing will be deemed to be a response to this Order to Show Cause and no other written response would be necessary.

If Plaintiff needs additional time to prepare and file an amended complaint, Plaintiff shall explain why and how much additional time is needed in any written response filed by the September 18, 2025 deadline.

If Plaintiff fails to respond to this Order to Show Cause by the September 18, 2025 deadline set herein, the Court will reassign this action to a District Judge with a recommendation that this action be dismissed for failure to prosecute and failure to comply with court orders.

1  The Clerk is directed to mail this Order to Show Cause to Plaintiff at their address of
2  record.
3  **IT IS SO ORDERED.**
4  Dated: August 18, 2025

_____
PETER H. KANG
United States Magistrate Judge